NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


BRYAN CAIN,                              )
                                         )
              Appellant,                 )
                                         )
v.                                       )          Case No. 2D17-4759
                                         )
ELIZABETH CAIN, individually, and        )
on behalf of A.C., a minor,              )
                                         )
              Appellee.                  )
_____  )

Opinion filed August 17, 2018.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

J. Andrew Crawford of J. Andrew Crawford,
P.A., St. Petersburg, for Appellant.

Donna J. Lonsberry of Community Law
Program, St. Petersburg (withdrew after
briefing); Janelle A. Weber of Shutts &
Bowen LLP, Tampa (substituted as counsel
of record), for Appellee.


PER CURIAM.


              Affirmed.


VILLANTI, LUCAS, and BADALAMENTI, JJ., Concur.